JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GARY FRISBY, *etc.*, | Case No. 2:19-cv-01712-GW-AGRx |
| Plaintiff, | |
| v. | JUDGMENT |
| SONY MUSIC ENTERTAINMENT, *etc.*, *et al.*, | |
| Defendants. | |
| AND CONSOLIDATED ACTION | |

# JUDGMENT

The Court having granted the Motion of defendants Bryson Tiller, Michael Hernandez, and Sony Music Entertainment for Summary Judgment in Case No. 2:19-cv-01712-GW-AGRx and Case No. 2:19-cv-04167-GW-AGRx,

**IT IS ORDERED AND ADJUDGED** that plaintiff Gary Frisby take nothing and that his First Amended Complaint in Case No. 2:19-cv-01712-GW-AGRx and his Complaint in Case No. 2:19-cv-04167-GW-AGRx each be dismissed on the merits and in favor of defendants Bryson Tiller, Michael Hernandez, and Sony Music Entertainment favor, with those defendants to recover their costs.

Dated: March 15, 2021

_____
The Honorable George H. Wu
United States District Judge

1